

FILED
CLERK U.S. DISTRICT COURT
FEB 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@adorno.com
2  PATRICK A. CATHCART (CA Bar No. 65413)
   pcathcart@adorno.com
3  AMY L. MORSE (CA Bar No. 92135)
   amorse@adorno.com
4  PATRICIO A. MARQUEZ (CA Bar No. 230694)
   pmarquez@adorno.com
5  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
6  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
7  Tel: (213) 229-2400
   Fax: (213) 229-2499
8
   Attorneys for Defendants
9  JPMORGAN CHASE BANK, N.A., and
   CALIFORNIA RECONVEYANCE
10 COMPANY, erroneously sued as California
   Reconveyance Corp.
11

12                 UNITED STATES DISTRICT COURT
13        FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
14

| | |
|---|---|
| 15  PARKSON YEE and DIANE YEE | CASE NO.: CV09-4828 SVW (PLAx) |
| 16          Plaintiffs, | Hon. Stephen V. Wilson – Courtroom 6 |
| 17       v. | **JUDGMENT** |
| 18  JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, federally chartered bank; MORTGAGE STORE FINANCIAL; CALIFORNIA RECONVEYANCE CORP., a corporation, and DOES 1 through 200, inclusive, | Action Filed:   May 11, 2009 |
| 22          Defendants. | |

25     On January 11, 2010, Defendants JPMorgan Chase Bank, N.A. ("JPMorgan")
26  and California Reconveyance Company ("CRC") (collectively, "Defendants") filed a
27  Motion for Summary Judgment in this action. Defendants' Motion for Summary
28

Judgment was set for hearing on February 8, 2010 at 1:30 p.m. in Department 6 of this Court.

On January 25, 2010, Plaintiffs filed a Notice of Non-Opposition to Defendants' Motion for Summary Judgment.

On February 4, 2010, this Court vacated the hearing on Defendants' Motion for Summary Judgment and, having fully considered the evidence and written submission presented by Defendants, entered an Order Granting Defendants' Motion for Summary Judgment.

Accordingly, the issues having been duly considered and a decision having been duly rendered on Defendants' Motion for Summary Judgment,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs take nothing by this action, wh ich is hereby dismissed on the merits with prejudice, and that judgment is hereby entered in favor of defendants JPMorgan Chase Bank, N.A. and California Reconveyance Company and against plaintiffs Parkson Yee and Diane Yee.

DATED: 2/16/10

THE HONORABLE STEPHEN V. WILSON
JUDGE OF THE UNITED STATES DISTRICT COURT

2038521.1

2

JUDGMENT